IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                   CASE NO.: 3:08mj391

**ROBERT C. MORADO**

---

### WAIVER OF PRELIMINARY HEARING

Defendant, on the record and after consulting with counsel, waived a preliminary hearing.

Dated: December 30, 2008                          /s/ *Miles Davis*
                                                               MILES DAVIS
                                                               UNITED STATES MAGISTRATE JUDGE